IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ASBESTOS LITIGATION: | | |
| DAVID MACQUEEN, et al., | § | |
| | § | C.A. No. |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| UNION CARBIDE CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT CRANE CO.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Crane Co. ("Crane Co.") by and through its attorneys, states that Crane Co. has no parent corporation, and no publicly-held corporation owns ten-percent (10%) or more of its stock.

Respectfully submitted,

Respectfully submitted,

**SWARTZ CAMPBELL LLC**

Dated: May 10, 2013

/s/ Nicholas E. Skiles
Nicholas E. Skiles, Esquire (3777)
Allison L. Texter, Esquire (3531)
300 Delaware Avenue, Suite 1410
Wilmington, DE 19899
(302) 656-5935
Counsel for Defendant, Crane Co.