IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION:<br>MARGUERITE MACQUEEN, §<br>Individually and as the Surviving Spouse of §<br>DAVID MACQUEEN, deceased, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>UNION CARBIDE CORPORATION, et al., §<br>§<br>Defendants. § | CA NO. 1:13-cv-00831-UNA |

**DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 OF DEFENDANT CBS CORPORATION F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION**

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation"), by and through the undersigned counsel, pursuant to F.R.C.P. 7.1, states that on December 31, 2005, Viacom Inc. changed its name to CBS Corporation. CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company which owns the majority of the voting stock of CBS Corporation. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

Respectfully submitted,

SWARTZ CAMPBELL, LLC

/s/ Beth E. Valocchi
Beth E. Valocchi, Esq., # 2294
300 Delaware Avenue, Suite 1410
Wilmington, DE 19801
bvalocchi@swartzcampbell.com
Counsel for Defendant CBS Corporation

Dated: May 14, 2013