IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION:<br>MARGUERITE MACQUEEN, §<br>Individually and as the Surviving Spouse of §<br>DAVID MACQUEEN, deceased, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>UNION CARBIDE CORPORATION, et al., §<br>§<br>Defendants. § | CA NO. 1:13-cv-00831-UNA |

**DEFENDANT GENERAL ELECTRIC COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant General Electric Company states the following:

1) Publicly-traded companies in which GE and affiliates (including NBC Universal, GE Capital, and GE Capital Equity) own 10% or more of the outstanding stock:

ValueVision Media, Inc.

2) GE's subsidiaries which have outstanding securities in the hands of the public (debt, equity or other types of securities) are:

General Electric Capital Services, Inc. (formerly, General Electric Financial Services, Inc.);

General Electric Capital Corporation;

NBCUniversal Media, LLC (a/k/a NBC Universal);

Universal City Development Partners, Ltd. (ownership through GE's 49% interest in NBC Universal), and its wholly owned subsidiary, UCDP Finance, Inc.

3) There is no parent of GE and no publicly traded company or other entity owns 10% or more of GE.

                SWARTZ CAMPBELL LLC

                BY: /s/ Beth Valocchi
                Beth E. Valocchi, Esquire (DE Bar # 2294)
                Allison L. Texter, Esquire (DE Bar #3531)
                300 Delaware Avenue, Suite 1410
                Wilmington, DE  19801
                (302) 656-5935
                bvalocchi@swartzcampbell.com
                atexter@swartzcampbell.com
                *Attorneys for Defendant*
                *General Electric Company*

Dated: May 14, 2013