IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE MACQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 13-831-SLR/CJB |
| | ) |
| UNION CARBIDE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this  9th  day of January, 2014, having considered the well-reasoned Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on December 13, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 191) is adopted.

2. Plaintiff's motion to remand (D.I. 35) is denied.

_____
United States District Judge