IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE MACQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 13-831-SLR/CJB |
| | ) |
| UNION CARBIDE CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

At Wilmington this 23rd day of April, 2014, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on April 1, 2014, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 212) is adopted.

2. Defendant Huntington Ingalls Industries, Inc.'s motion to dismiss (D.I. 197) is granted.

_____
United States District Judge