IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE MACQUEEN, Individually and as the Surviving Spouse of David MacQueen, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>UNION CARBIDE CORPORATION, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-831-SLR/CJB<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 17th day of March, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on February 25, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 548) is adopted.

2. Defendants Ingersoll Rand Co., Spirax Sarco, Inc. and Spence Engineering Co. Inc.'s unopposed Motions for Summary Judgment (D.I. 431, 458, 464) are granted.

IT IS FURTHER ORDERED that all claims and cross-claims by any party against these defendants are dismissed with prejudice.

_____
United States District Judge