IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE MACQUEEN, )
individually and as the surviving spouse )
of DAVID MACQUEEN, deceased, )
                                             )
        Plaintiffs, )
                                             )
v. ) Civ. No. 13-831-SLR/CJB
                                             )
HUNTINGTON INGALLS )
INCORPORATED, et al., )
                                             )
        Defendants. )

# ORDER

At Wilmington this 30th day of September, 2015, consistent with the memorandum issued this same date;

IT IS ORDERED that the December 3, 2014 Report and Recommendation (D.I. 512) is accepted, pursuant to 28 U.S.C. § 636(b)(1)(C), and the motion to dismiss filed by defendant Huntington Ingalls Incorporated (D.I. 243) is granted.

IT IS FURTHER ORDERED that:

1. The pending motions for summary judgment (D.I. 433, 444, 460, and 462) are denied without prejudice to renew.

2. Discovery is re-opened to allow plaintiff the opportunity to pursue third-party discovery as to product identification from Huntington Ingalls Incorporated, as well as to allow follow-up discovery from the remaining defendants.

3. The parties shall meet and confer and jointly propose a revised scheduling

order allowing at least 120 days for the supplemental discovery, with the renewed summary judgment motion practice to follow.

4. The case remains referred to Magistrate Judge Burke to manage discovery and the remaining issues in the litigation, consistent with 28 U.S.C. § 636(b)(1).

_____
United States District Judge